IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:07-cv-1090-MEF |
| | ) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #65) filed on February 3, 2010 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #62) entered on January 21, 2010 is adopted;

(3) The petition for habeas corpus relief filed by Aloysius Thaddeus Henry is DENIED and this case is DISMISSED with prejudice.

DONE this the 4th day of February, 2010.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE